UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND DUBLIN DIVISIONS

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 1:15-cv-128, Daniels |
| | ) | 1:13-cr-274, Daniels |
| LEAVE OF ABSENCE REQUEST | ) | 1:15-cv-134, Castillo |
| | ) | 1:13-cr-199, Castillo |
| NANCY C. GREENWOOD | ) | 1:14-cr-059, Castillo |
| March 8 through 11, 2016 and | ) | 1:15-cv-175, Stevens |
| April 29 through May 2, 2016 | ) | 1:07-cr-030, Stevens |
| | ) | |
| | ) | 3:15-cv-055, Burroughs |
| | ) | 3:13-cr-006, Burroughs |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for March 8 through 11, 2016, and April 29 through May 2, 2016, to attend a conference outside of the district and for vacation, the same is hereby GRANTED.

This 8th day of February, 2016.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA