IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 113-199-1 |
| | * | |
| CHARLES HENRY CASTILLO | * | |

**O R D E R**

Before the Court is Defendant Charles Henry Castillo's second motion for extension of time. (Doc. No. 296.) Castillo seeks sixty additional days to file a reply brief regarding his "Motion to Return Seized Items or Preserve Evidence." (Doc. No. 292.) When he filed his motion for extension, Castillo was preparing to be transferred from USP Lewisburg and was unsure of his destination. Because of his recent transfer, Castillo's motion for extension of time is **GRANTED**. He shall have until **September 23, 2019,** to file a reply brief on his pending "Motion to Return Seized Items or Preserve Evidence."

A search on the Bureau of Prisons' Inmate Locator shows Castillo has been transferred to AUSP Thomson in Illinois. While Castillo's motion for extension was filed before he knew his new address and informed the Court of his transfer, the Court reminds Castillo that it is his duty to file a notice of change of address whenever he is transferred to a different facility. The Clerk is

**DIRECTED** to send a copy of this Order to Charles Henry Castillo at AUSP Thomson 1100, One Mile Road, Thomson, IL 61285.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

2